379 A.2d 574

Commonwealth ex rel. Dickey, Appellant, v. Dickey.

Commonwealth ex rel. Dickey v. Dickey, Appellant.

Submitted September 13, 1976. Roger Mattes and Albert E. Nicholls, Jr., for appellant; John P. Pesota and Thomas J. Munley, for appellee.

Orders affirmed.

379 A.2d 620

Commonwealth ex rel. Roeder et al. v. Roeder, Appellant.

Submitted March 24, 1977. Robert A. Solomon, for appellant; John J. Rufe and Alton G. Grube, for appellee.

Order affirmed.

JACOBS and PRICE, JJ., dissent.